# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00531-CV

**In re Lisa Marie Mims**

**V. P. a/k/a M. Y., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
## NO. 18-0093-CPSC1, THE HONORABLE SUZANNE BROOKS, JUDGE PRESIDING

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of V. P. a/k/a M. Y. The subject of this proceeding is Lisa Marie Mims, appellant's attorney.

Appellant filed her notice of appeal on August 8, 2019, and her brief was due September 23, 2019. On September 27, 2019, we granted counsel's motion for extension of time and ordered counsel to file appellant's brief no later than October 14, 2019. To date, appellant's brief has not been filed.

Therefore, it is hereby ordered that Lisa Marie Mims shall appear in person before this Court on Monday, October 28, at 11:00 a.m. in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis

County, Texas, to show cause why she should not be held in contempt and have sanctions imposed for her failure to obey our September 27, 2019 order. This order to show cause will be withdrawn and Mims will be relieved of her obligation to appear before this Court as ordered above if the Clerk of this Court receives appellant's brief on or before October 24, 2019.

It is ordered on October 22, 2019.

Before Justices Goodwin, Baker, and Kelly